AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

Richard Hardenbrook,

      Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                           CASE NUMBER: **3-06-cv-0431-ECR-VPC**

Employees of the U.S. Department
of the Interior, etc., et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**xx**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

     Defendants' motions to dismiss are GRANTED.

  January 11, 2008                                   **LANCE S. WILSON**
                                                                   Clerk

                                                                   Lia Griffin, Deputy Clerk